Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
____Houston____ DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 08 2020

David J. Bradley, Clerk of Court

Walter E. Castro

versus

United States of America

§
§
§
§
§
§
§

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

# Walter Edgardo Castro v. United States of America

Rights to the Ownership of the United States Treasury

I, Walter Castro, am God in Heaven, Hell, Mother Earth, The Universe! I was Born Again as an American Citizen. There is a Book about it called The Holy Bible. This Government Based Law under The truth of the Secrets of the Book and made the Constitution. The Constitution clearly states that this Government IS UNDER GOD our Law in America! Since the Government is under me, I, God, immediately want full access and OWNERSHIP to My united states treasury department to see where my money is GOING, what we are doing to progress, and stick my hand in my pot of money from time to time. I, Walter Castro, who is The walking Holy Spirit, have explained who i am to several courts and judges, since the constitution was based on my Book, The Holy Bible, an ancient book that has been plagiarized countless times but the original story will always surpass the lies with ancient artifacts, tablets, classified documents of my returns, how brutal, disgusting was the justification of saving our Stuff! I own this Country and i Want it right NOW, King of The World, rightful owner of Land and Stuff! Please open a case immediately, as soon as possible, to sue the United states government for complete control of the united states treasury department!

Walter Edgardo Castro

(832)-935-9439

waltro89@gmail.com

*[signature]*

22869 Mersey Ct
Porter TX 77365

Petition for a Lawsuit against the United States Government on Ownership and Property of the United States Treasury

I, Walter Castro Jr, TX D.L. 24277777, am requesting to Sue the United States Government for the Control, Ownership as personal property of the United States Treasury! Do to the fact that our Constitution and Law of our Government is UNDER GOD, it clearly states, means, I, WALTER CASTRO JR, TX D.L. 24277777, am the owner of this Country. The KING of AMERICA! I have been fighting in court with several Judges, Police officers, lawyers, and district attorneys, I'm GOD and have WON legally in court, I'm telling the truth! Technically it also means i own the whole wide world and all that's in it, but this battle is only the beginning of my crusade to regain everything that was taken from me! Please accept this petition for my Lawsuit against the United States Government because what was done was FOR the PEOPLE BY the PEOPLE and the PEOPLE should remember and be told Im back!

Thank You,

Walter Castro